

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00219-CV

_____

JMK5 DRIVE, LLC, JEROME M. KARAM, AND JMK5 MALL OF THE MAINLAND, LLC, Appellants

V.

NORTH MILL EQUIPMENT FINANCE LLC, AS GRANTOR, BENEFICIARY AND SERVICER OF NORTH MILL CREDIT TRUST F/K/A EFS CREDIT TRUST, Appellee

---

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-357621-24

---

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On May 13, 2025, and May 28, 2025, we notified appellants, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless they paid the $205 filing fee.[1]  *See* Tex. R. App. P. 42.3(c), 44.3.  Appellants have not done so.[2]  *See* Tex. R. App. P. 5, 12.1(b).

Because appellants have not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[3] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants must pay all costs of this appeal.  *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  June 19, 2025

---

[1]In our May 13, 2025 letter, we stated that the fee was to be paid by May 23, 2025.  In our May 28, 2025 letter, we stated that the fee was to paid by June 9, 2025.

[2] We also directed appellants to file a docketing statement.  *See* Tex. R. App. P. 32.1.  In our May 13, 2025 letter, we stated that the docketing statement was to be filed by May 23, 2025.  In our May 28, 2025 letter, we stated that the docketing statement was to be filed by June 9, 2025.  Appellants have not filed a docketing statement.

[3]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).